**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARROD MOTEN, | No. 1:25-cv-01107-JLT-EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THIS CASE |
| v. | PROCEED ONLY ON PLAINTIFF'S CLAIM OF FAILURE TO PROTECT AGAINST |
| P. HORN, et al., | DEFENDANT ALAFA AND THAT PLAINTIFF'S REQUEST FOR |
| Defendant. | PRELIMINARY INJUNCTION BE DENIED. |
| | (Docs. 14, 15) |

Sharrod Moten is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 13, 2026, the assigned magistrate judge entered findings and recommendations, recommending that "[t]his case proceed on Plaintiff's First Amended Complaint on the following claim: failure to protect in violation of the Eighth Amendment against Defendant Alafa" and that "Plaintiff's request for a preliminary injunction be denied." (Doc. 15 at 14.) Plaintiff filed his objections on April 27, 2026. (Doc. 16.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

1

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on April 13, 2026, (Doc. 15), are ADOPTED IN FULL;

2. All other claims and Defendants are DISMISSED without further leave to amend.

3. Plaintiff's request for a preliminary injunction is DENIED.

IT IS SO ORDERED.

Dated:   **May 26, 2026**

UNITED STATES DISTRICT JUDGE